# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:09-cv-07314-JHN-PJWx | Date | July 15, 2010 |
|---|---|---|---|
| Title | United States of America v. 9 Drums, More or Less, Containing Cistanche Deserticola, Import from the People's Republic of China | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER TO SHOW CAUSE RE SANCTIONS AND SETTING DUE DATE FOR OPPOSITION, IF ANY, TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT  (In Chambers)

On June 28, 2010, Plaintiff filed a Motion for Summary Judgment ("Motion"), set for hearing on July 26, 2010.  (Docket no. 20.)  An opposition, if any, was due no later than July 6, 2010.  Local Rule 7-9 (requiring that opposing papers be filed and served not later than twenty-one (21) days before hearing on the motion).

Despite a courtesy phone call from the Court Clerk on July 9, 2010 enquiring on the status of the case and informing Defendant that an opposition was past due, Defendant still has not filed an opposition.

**Defendant is ORDERED TO SHOW CAUSE, in writing, not later than July 26, 2010 at noon as to why the Court should not impose sanctions for failure to file an opposition or a statement of non-opposition.  In lieu of a response to this Order, Defendant may file an opposition, if any, to Plaintiff's pending Motion not later than July 26, 2010 at noon.  A reply, if any, is due not later than August 2, 2010.  The Court continues the hearing on Plaintiff's Motion to August 30, 2010 at 2:00 p.m.**

**Failure to comply with this Order may result in the imposition of sanctions.**  The hearing set for July 26, 2010 is hereby removed from the Court's calendar.

IT IS SO ORDERED.

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-07314-JHN-PJWx | Date | July 15, 2010 |
|---|---|---|---|
| Title | United States of America v. 9 Drums, More or Less, Containing Cistanche Deserticola, Import from the People's Republic of China | | |