```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  P. GREG PARHAM
    Assistant United States Attorney
 6  California Bar No. 140310
    Asset Forfeiture Section
 7       U.S. Courthouse, 14th Floor
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213)894-6528
 9       Facsimile: (213)894-7177
         E-Mail: Greg.Parham@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

                   UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

                          WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:09-cv-07314-JHN-PJWx |
| Plaintiff, | |
| v. | **JUDGMENT OF FORFEITURE** |
| 9 DRUMS, MORE OR LESS, CONTAINING *Cistanche Deserticola*, IMPORTED FROM THE PEOPLE'S REPUBLIC OF CHINA, | |
| Defendant. | |
| CHI'S ENTERPRISE, INC., | |
| Claimant. | |

Plaintiff's Motion for Summary Judgment having been granted by Order of January 3, 2011,

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is
2 entered for plaintiff United States of America.
3    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right,
4 title, and interest of claimant Chi's Enterprise, Inc. and all
5 other potential claimants in and to the defendant 9 Drums, More
6 or Less, Containing *Cistanche Deserticola*, Imported From the
7 People's Republic of China ("defendant") are condemned and
8 forfeited to the United States of America.  The defendant shall
9 be disposed of in accordance with law.
10    The Court finds that there was reasonable cause for the
11 seizure of the defendant and institution of these proceedings.
12 This judgment shall be construed as a certificate of reasonable
13 cause pursuant to 28 U.S.C. § 2465.
14    Plaintiff and claimant Chi's Enterprises, Inc. shall bear
15 their own attorney fees and costs.
16    DATED:  This 18th day of January, 2011.

_____
HONORABLE JACQUELINE H. NGUYEN
United States District Judge

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

2